C-13-15(a)Motion  
(Rev. 10/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In Re: William C. Bellamy, Jr. ) **Motion and Notice**
      Keisa W. Bellamy ) **Chapter 13**
       )
       )
       ) No: B-10-81255 C-13D
       )
      Debtor(s) )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On October 18, 2010, the Debtors' plan was confirmed. The Confirmation Order provided that the claim of State Employees' Credit Union ("SECU") secured by cross-collateralization on a 2005 Dodge ("the automobile") would be paid as secured in full in the amount of $4,469.61. SECU has filed a claim in the amount of $8,175.33 secured by cross-collateralization in equity in the automobile.

The Standing Trustee respectfully recommends to the Court that an Order be entered modifying the Confirmation Order to provide that that claim of SECU would be allowed as secured in the amount of $4,469.61 with interest at the rate of 5.25% per annum payable in monthly installments of $102.39 and the balance of the claim in the amount of $3,705.72 shall be allowed as unsecured.

Date: March 21, 2011                                                            s/Richard M. Hutson, II
      ej                                                                                       Standing Trustee

--------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  April 21, 2011,   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on  May 12, 2011,   at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: March 21, 2011                                                                   OFFICE OF THE CLERK
                                                                                                               U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-81255 C-13D**

William C. Bellamy, Jr.
Keisa W. Bellamy
111 Geranium St.
Durham, NC  27704

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

State Employees' Credit Union
PO Box 25279
Raleigh, NC  27611