C-13-15(a)Motion  
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re:  William C. Bellamy, Jr. | ) | **Motion and Notice** |
|        Keisa W. Bellamy | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B-10-81255 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On October 18, 2010, the Debtors' Plan was confirmed. The Standing Trustee has received a proof of claim in favor of HSBC Bank Nevada, NA ("HSBC") in the amount of $962.47 secured by consumer goods having a value of $494.95.

The Standing Trustee respectfully recommends to the Court that an Order be entered allowing the claim of HSBC as secured in the amount of $494.95with interest at the rate of 5.25% per annum paid at the rate of $12.00 per month and unsecured in the amount of $467.52.

Date:  April 4, 2011                                                                                                    s/Richard M. Hutson, II  
        ej                                                                                                                          Standing Trustee

-----------------------------------------------------------------------------------------------------------------------------------

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before   May 4, 2011,   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*  
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on   May 12, 2011,   at 11:00 a.m., in the following location:

*Courtroom, Venable Center*  
*Dibrell Building – Suite 280*  
*302 East Pettigrew Street*  
*Durham, NC 27701*

Date:  April 4, 2011                                                                                                    OFFICE OF THE CLERK  
                                                                                                                                          U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-81255 C-13D**

William C. Bellamy, Jr.
Keisa W. Bellamy
111 Geranium St.
Durham, NC 27704

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

HSBC Bank Nevada, NA
c/o Bass & Associates
3936 E. Ft. Lowell, Ste. 200
Tucson, AZ  85712